## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Cotrina Pacheco v. LaRose, et al.**      Case Number:  **26-cv-1592-CAB-VET**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez      Rptr Tape:  N/A

The Court held a hearing on the petition for a writ of habeas corpus on April 7, 2026.  [Doc. No. 8.]  For the reasons stated on the record at the hearing, the petition is DENIED.

 Date:  April 9, 2026                                                    Initials:  MS